In the Matter of the Claim of MORRIS COHEN against MICHAEL J. ROSALSKY, Respondent.

THE STATE INDUSTRIAL BOARD, Appellant.

(Submitted May 12, 1931; decided May 22, 1931.)

*John J. Bennett, Jr., Attorney-General (E. C. Aiken* and *Joseph A. McLaughlin* of counsel), for appellant.

*Isidore Miller* and *Emil Katzka* for respondent.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.